**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Oludare Oyenuga, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                    *Plaintiff*,

     - against -

Presidential Security Services LLC, and Ismail Qadar,

                   *Defendants*.
---------------------------------------------------------------X

Case No: 1:22-cv-04972

**AFFIRMATION OF SERVICE**

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on January 3, 2023, I have served a true and correct copy of the (i) Court Docket, as of January 3, 2023, by sending the same by overnight mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

Presidential Security Services LLC
275 Malcolm X Blvd
New York, NY 10027

Ismail Qadar
275 Malcolm X Blvd
New York, NY 10027

Dated:  New York, New York
           January 3, 2022

By:   /s/ Jason Mizrahi, Esq.
       Jason Mizrahi, Esq.
       Levin Epstein & Associates, P.C.
       60 East 42nd Street, Suite 4700
       New York, NY 10165
       Telephone: (212) 792-0048
       Email: Jason@levinepstein.com
       *Attorneys for Plaintiff*

Cc:     All parties via ECF