# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 9, 2023

**<u>VIA ECF</u>**
The Honorable Roanne L. Mann, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    *Oyenuga v. Presidential Security Services LLC et al*
                  <u>**Case No.: 1:22-cv-04972-DG-RER**</u>

Dear Honorable Magistrate Judge Mann:

    This law firm represents Plaintiff Oludare Oyenuga (the "Plaintiff") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Rule **Communications with Chambers** (B) and (E), this letter respectfully serves to request that the docket entries at Dckt. Nos. 19 and 20, be stricken from the record.

    The basis for this request is that these docket entries were inadvertently filed. The corrected filings have since been re-filed at Dckt. Nos. 21 and 22.

    Thank you, in advance, for your time and attention to this matter.

                                Respectfully submitted,

                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                     By: */s/ Jason Mizrahi*
                          Jason Mizrahi, Esq.
                          60 East 42nd Street, Suite 4700
                          New York, New York 10165
                          Tel. No.: (212) 792-0048
                          Email: Jason@levinepstein.com
                          *Attorneys for Plaintiff*

VIA ECF: All Counsel