UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Oludare Oyenuga, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiffs*,

- against -

Presidential Security Services LLC, and Ismail Qadar,

                              *Defendants*.
---------------------------------------------------------------X

Case No.: 1:22-cv-04972-DG-RER

**AFFIRMATION OF SERVICE**

    JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on October 11, 2023, I have served a true and correct copy of the September 25, 2023, Report and Recommendation, entered by the Honorable Magistrate Judge Ramon E. Reyes, Jr, by USPS regular and certified mail, addressed to the individual(s) as indicated below:

        Presidential Security Services LLC
        275 Malcolm X Blvd
        New York, NY 10027

        Ismail Qadar
        275 Malcolm X Blvd
        New York, NY 10027

Dated: New York, New York
       October 11, 2023

                                                    By:   /s/ Jason Mizrahi, Esq.
                                                               Jason Mizrahi, Esq.
                                                                Levin Epstein & Associates, P.C.
                                                                 60 East 42nd Street, Suite 4700
                                                                New York, NY 10165
                                                               Tel. No.: (212) 792-0048
                                                               Email: Jason@levinepstein.com
                                                               *Attorneys for Plaintiff*