UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Oludare Oyenuga, and Janiya Preston, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiffs*,

- against -

International Trendz, LLC, and Ismail Qadar,

                        *Defendants*.
----------------------------------------------------------------X

Case No.: 1:22-cv-04972-DG-JAM

**AFFIRMATION OF SERVICE**

     JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on December 6, 2023, I have served a true and correct copy of Plaintiff's Summons and Amended Complaint via email to the Defendants as indicated below:

                      Ian Smith
                      ian@spirelawfirm.com

Dated: New York, New York
       December 6, 2023

                                    By:   /s/ Jason Mizrahi, Esq.
                                               Jason Mizrahi, Esq.
                                               Levin Epstein & Associates, P.C.
                                               60 East 42nd Street, Suite 4700
                                               New York, NY 10165
                                               Tel. No.: (212) 792-0048
                                               Email: Jason@levinepstein.com
                                               *Attorneys for Plaintiffs*