**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Oludare Oyenuga, and Janiya Preston, *on behalf*
*of themselves and others similarly situated in the*
*proposed FLSA Collective Action,*

Case No.: 1:22-cv-04972-DG-JAM

                *Plaintiffs*,

**AFFIRMATION OF SERVICE**

      *- against -*

International Trendz, LLC, and Ismail Qadar,

                *Defendants*.
----------------------------------------------------------------X

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York,

hereby declares under penalty of perjury that on December 6, 2023,  I have served a true and correct

copy of Plaintiff's Summons and Amended Complaint via email to the Defendants as indicated

below:

              Ian Smith
              ian@spirelawfirm.com

Dated: New York, New York
       December 6, 2023

By:    /s/ Jason Mizrahi, Esq.
          Jason Mizrahi, Esq.
          Levin Epstein & Associates, P.C.
          60 East 42nd Street, Suite 4700
          New York, NY 10165
          Tel. No.: (212) 792-0048
          Email: Jason@levinepstein.com
          *Attorneys for Plaintiffs*