**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Oludare Oyenuga, and Janiya Preston, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiffs*,

    - *against* -

International Trendz, LLC, and Ismail Qadar,

                                *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:22-cv-04972-DG-JAM

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on December 7, 2023, I have served a true and correct copy of the December 7, 2023, Scheduling Order via email to the Defendants as indicated below:

                      Ian Smith
                      ian@spirelawfirm.com

Dated: New York, New York
       December 7, 2023

                                By:   /s/ Jason Mizrahi, Esq.
                                             Jason Mizrahi, Esq.
                                             Levin Epstein & Associates, P.C.
                                             60 East 42nd Street, Suite 4700
                                             New York, NY 10165
                                             Tel. No.: (212) 792-0048
                                             Email: Jason@levinepstein.com
                                             *Attorneys for Plaintiffs*