# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York
10165 T: 212.792-0048 • E: Jason@levinepstein.com

June 17, 2024

*VIA ECF*
The Hon. Joseph A. Marutollo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    *Oyenuga v. Presidential Security Services LLC et al*
                 **Case No.: 1:22-cv-04972-DG-RER**

Dear Honorable Magistrate Judge Marutollo:

      This law firm represents Plaintiffs Oludare Oyenuga and Janiya Preston (together, the "Plaintiffs") in the above referenced matter.

      Pursuant to Your Honor's Individual Motion Rules, this letter respectfully serves to request an extension of time: (i) to serve Individual Defendant Ismail Qadar (the "Individual Defendant"); and (ii) to file a letter motion for alternative service on the Individual Defendant, to, through and including, July 17, 2024.

      This is the third request of its kind. If granted, this request would not affect any other Court scheduled deadlines.

      The basis of this request is that Plaintiffs are still in the process of exhausting their efforts to serve the Individual Defendant Ismail Qadar (the "Individual Defendant"), before renewing their application to serve the Individual Defendant via alternative means. Plaintiffs' process servers anticipate being in a position to complete service of process on the Individual Defendant on or before July 17, 2024.

      In light of the foregoing, it is respectfully requested that the Court grant an extension of time: (i) to serve Individual Defendant Ismail Qadar (the "Individual Defendant"); and (ii) to file a letter motion for alternative service on the Individual Defendant, to, through and including, July 17, 2024.

                                                             Respectfully submitted,

                                                            LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                       By: */s/ Jason Mizrahi*
                                             Jason Mizrahi, Esq.
                                             60 East 42nd Street, Suite 4700
                                             New York, New York 10165
                                             Tel. No.: (212) 792-0048
                                             Email: Jason@levinepstein.com
                                             *Attorneys for Plaintiffs*

VIA ECF: All Counsel