UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Oludare Oyenuga, and Janiya Preston, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

                                          *Plaintiffs*,

- against -

Presidential Security Services LLC, Ismail Qadar, and International Trendz LLC,

                                          *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:22-cv-04972-DG-JAM

**AFFIRMATION OF SERVICE**

       JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on August 13, 2024, I have served a true and correct copy of the Court's August 12, 2024 Order [Dckt. No. 47] via email, addressed to the individual(s) as indicated below:

                              Spire Law, LLC
                              Attn: Ian Edward Smith, Esq.
                              136 Madison Avenue, Suite 600
                              New York, NY 10016
                              Email: ian@spirelawfirm.com

Dated: New York, New York
         August 13, 2024

                              By:   /s/ Jason Mizrahi, Esq.
                                         Jason Mizrahi, Esq.
                                         Levin Epstein & Associates, P.C.
                                         60 East 42nd Street, Suite 4700
                                         New York, NY 10165
                                         Tel. No.: (212) 792-0048
                                         Email: Jason@levinepstein.com
                                         *Attorneys for Plaintiffs*